IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01652-MSK-CBS

VIRGINIA BERGER,
DIANE BORRAEGO,
MIKE CORNELL,
TOM GUDAHL,
SCOTT IRWIN,
DEBORAH KASZYCKI,
RYAN KASZYCKI,
RON MESERY, and
DAWN STROWP, individuals,

       Plaintiffs,

v.

JOHN H. SIMMONS,
a/k/a JOHNNY SIMMONS, an individual,

       Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties

shall obtain from the Court any exhibits and depositions used during this case. Counsel shall

retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate

proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with

this Order may result in their destruction.

Dockets.Justia.com

Dated this 23rd day of August, 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge