IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01652-MSK-CBS

VIRGINIA BERGER,
DIANE BORRAEGO,
MIKE CORNELL,
TOM GUDAHL,
SCOTT IRWIN,
KENNETH JOHNSON,
MARK JOHNSON,
DEBORAH KASZYCKI,
RYAN KASZYCKI,
RON MESERY, and
DAWN STROWP, individuals,

    Plaintiffs,

v.

JOHN H. SIMMONS,
a/k/a JOHNNY SIMMONS, an individual,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Further Amend Complaint and to File Second Amended Complaint (*doc. no. 13)* is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiffs' Second Amended Complaint (*doc no. 13-2*) tendered to the court on October 19, 2006.

**DATED:**    October 23, 2006